# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| YAKITORI BOY, INC. <br><br> v. <br><br> STARR INDEMNITY & LIABILITY, CO., et al. | CIVIL ACTION <br><br> NO. 18-4094 |
|---|---|

## ORDER RE: MOTION TO REMAND

AND NOW, this 14th day of January, 2019, upon consideration of Defendant Samuel Sierra's Motion to Remand (ECF 8), and all submissions related to the Motion, and as discussed further in the Court's accompanying Memorandum, it is hereby ORDERED that:

1. Defendant Samuel Sierra's Motion is DENIED; and

2. Pursuant to the Court's Order of November 1, 2018, all outstanding responses to the Motion for Judgment on the Pleadings (ECF 7) and the Motion to Amend the Complaint (ECF 11) are due within fourteen (14) days. Movants shall have seven (7) days after the filing of those responses to file Reply briefs in support of their respective motions.

                                        **BY THE COURT:**

                                        /s/ Michael M. Baylson

                                        **MICHAEL M. BAYLSON, U.S.D.J.**