# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YAKITORI BOY, INC.** <br><br> **v.** <br><br> **STARR INDEMNITY & LIABILITY, CO., et al.** | **CIVIL ACTION** <br><br> **NO. 18-4094** |

## ORDER RE: MOTION FOR LEAVE TO AMEND

AND NOW, this 18th day of March, 2019, upon consideration of Plaintiff Yakitori Boy's Motion for Leave to Amend (ECF 11), and all submissions related to the Motion, and as discussed further in the Court's accompanying Memorandum, it is hereby ORDERED that:

1. Plaintiff Yakitori Boy's Motion for Leave to Amend is GRANTED; and Plaintiff shall have fourteen (14) days to file an Amended Complaint that names Aaron Gordon and Chris Schmid as plaintiffs or as nominal parties only.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-4094 Yakitori Boy v Starr Indemnity\18cv4094 Order re Motion to Amend