# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YAKITORI BOY, INC., et al.** <br><br> **v.** <br><br> **STARR INDEMNITY & LIABILITY COMPANY** | **CIVIL ACTION** <br><br> **NO. 18-4094** |

## ORDER RE: MOTION FOR JUDGMENT ON THE PLEADINGS

AND NOW, this 28th day of June, 2019, upon consideration of Defendant Starr Indemnity & Liability Co.'s Motion for Judgment on the Pleadings (ECF 7), and all submissions related to the Motion, and as discussed further in the Court's accompanying Memorandum, it is hereby ORDERED that the Motion for Judgment on the Pleadings is DENIED.

                                                       **BY THE COURT:**

                                                       **/s/ Joshua D. Wolson for**

                                                       _____

                                                       **MICHAEL M. BAYLSON, U.S.D.J.**